

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MARTIN PIMENTAL-RODRIGUEZ | CASE NUMBER: 08 CR 1956 JLS |

I, <u>MARTIN PIMENTAL-RODRIGUEZ</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-17-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X_MARTIN Pimentel R._
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED
JUN 17 2008